IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MARLA F. CRAWFORD,**

      **Plaintiff,**

v.                                        Civil Action No. 3:07cv355

**COMMONWEALTH OF VIRGINIA,**
**VIRGINIA COMMONWEALTH UNIVERSITY,**
      **Defendant.**

### *ROSEBORO V. GARRSION* WARNING

To Marla F. Crawford, Plaintiff *pro se* in the case of *Marla F. Crawford v. Commonwealth of Virginia, Virginia Commonwealth University*, Civil Action No. 3:07cv355, United States District Court for the Eastern District of Virginia, Richmond Division.

The Defendant ("Commonwealth" or "Defendant"), by counsel, hereby moves to dismiss pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 41(b), in its entirety and with prejudice, the Complaint filed against the Defendant by the Plaintiff. A Motion in support of Defendant's request has been previously filed with the Court on November 8, 2007.

Because Defendant seeks dismissal of this action, ***Roseboro v. Garrison,* 528 F.2d 309 (4th Cir. 1975)** requires the following notice to the *pro se* Plaintiff.

Pursuant to Rule 7(J) of the Rules of the United States District Court for the Eastern District of Virginia, you are hereby warned of the following:

1)    You are entitled to file a response opposing the Defendant's motion to dismiss and that any such response must be filed within twenty (20) days of the date on which the motion was filed;

      2)      The Court could dismiss your action on the basis of the Defendant's motion and brief in support if you do not file a response;

      3)      You must identify all facts stated by the Defendant with which you disagree and must set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

      4)      You are also entitled to file a legal brief in opposition to the brief in support filed by the Defendant.

Respectfully submitted,

COMMONWEALTH OF VIRGINIA
VIRGINIA COMMONWEALTH UNIVERSITY

By: _____/s/_____
Gregory C. Fleming
Virginia Bar Number: 24819
Counsel for Defendant
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-5636
Fax: (804) 371-2087
E-mail: gfleming@oag.state.va.us

Robert F. McDonnell
Attorney General of Virginia

Maureen Riley Matsen
Deputy Attorney General

Peter R. Messitt
Senior Assistant Attorney General and Acting Chief

*Gregory C. Fleming
Senior Assistant Attorney General
State Bar No. 24819

*Counsel of Record

Office of the Attorney General
900 E. Main Street
Richmond, Virginia  23219
Telephone:  (804) 786-5636
Fax:  (804) 371-2087

## Certificate of Service

I hereby certify that, on this 27th day of November, 2007, the foregoing **_ROSEBORO V. GARRSION_ WARNING** was filed electronically with the clerk of court using the CM/ECF system, which will send notification of such filing (NEF), to the following:

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

>Marla F. Crawford
>1913 Clearfield Street
>Richmond, VA  23224
>
>Plaintiff *pro se*

By: _____/s/_____
Gregory C. Fleming
Virginia Bar Number: 24819
Counsel for Defendant
Office of the Attorney General
900 East Main Street
Richmond, Virginia  23219
Telephone: (804) 786-5636
Fax: (804) 371-2087
E-mail:  gfleming@oag.state.va.us

4